*\*AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| **PHILIP J. CHARVAT,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Case No. 06-CV-983 |
| : | |
| **GVN MICHIGAN, INC.,** *et al.*, : | **JUDGE ALGENON L. MARBLEY** |
| : | **Magistrate Judge King** |
| **Defendants.** : | |
| : | |

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

  IT IS ORDERED AND ADJUDGED That the Court **GRANTS** Defendants' Motion for Partial Summary Judgment pursuant to the January 25, 2008 Opinion and Order. This action is hereby DISMISSED for lack of jurisdiction.

Date: **January 25, 2008**               **James Bonini, Clerk**

                              s/Betty L. Clark
                        Betty L. Clark/Deputy Clerk